IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gerald Thomas, | ) | No. CV-13-02382-PHX-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Lighthouse Recovery Associates, LLC, et al., | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff show cause by **January 28, 2014**, why this action should not be dismissed for lack of prosecution as to Defendant Lighthouse Recovery Associates, LLC, unless a responsive pleading or an application for entry of default has been filed by **January 27, 2014**.

IT IS FURTHER ORDERED if Plaintiff fails to comply with this order, the Clerk of Court shall dismiss this action after **January 28, 2014**, as to Defendant Lighthouse Recovery Associates, LLC, for Plaintiff's lack of prosecution pursuant to Rule 41(b), Fed. R. Civ. P., and LRCiv 41.1.

DATED this 16th day of January, 2014.

_____
Neil V. Wake
United States District Judge